IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>  vs.<br><br>CYNTHIA LOU LOPEZ CHAMPAGNE,<br><br>                    Defendant. | CR 04-134-GF-BMM<br><br>ORDER ON PLAINTIFF'S MOTION FOR TERMINATION OF TERM OF SUPERVISED RELEASE |

Defendant has moved for an early discharge from supervised release. (Doc. 73.) The Government does not oppose the motion. The Court conducted a hearing on the motion on April 6, 2017.

Defendant pled guilty to Involuntary Manslaughter on December 22, 2004. (Doc. 32.) Defendant was sentenced to 108 months of custody followed by eight years of supervised release. (Doc. 61.) Defendant began supervised release on August 28, 2012. (Doc. 73 at n.2.)

Defendant has completed approximately 4 years and 7 months of supervised release. *Id.* The record reflects that Defendant has complied with her supervised release conditions. *Id.* at 3. She will not pose a threat to the community upon termination of supervised release. The factors in 18 U.S.C. § 3553 support an early discharge of supervised release.

Accordingly, IT IS ORDERED:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 73) is GRANTED in full.

2. Defendant shall be DISCHARGED from supervised release.

DATED this 6th day of April, 2017.

_____
Brian Morris
United States District Court Judge